Form B3B
(04/09/06)

United State Bankruptcy Court
Northern    District of    Illinois

In re:    Victoria Renae Jones    Case No.    10 B 40617
  Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

  This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

  The debtor shall pay the chapter 7 filing fee according to the following terms:

  $ 74.75    on or before October 29, 2010

  $ 74.75    on or before November 22, 2010

  $ 74.75    on or before December 14, 2010

  $ 74.75    on or before January 6, 2011

  Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

  A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
  (address of courthouse)

  IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE:  Oct. 8, 2010

Pamela S. Hollis/United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    10 B 40617
Case Name:      Victoria Renae Jones

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 8th day of October, 2010, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated October 8, 2010

to each of the following named individuals:

**Victoria Renae Jones** (**)
7921 S. Loomis Blvd., Apt 1
Chicago, IL 60620

**Philip V Martino, ESQ**
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*[signature]*
Steven P. Beckerman
Courtroom Deputy